FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

2021 JUN 30 PM 12: 47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: OBR

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-106-SDD-RLB |
| | ) | |
| | ) | 21MJ03099 |
| Robert Brown | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Robert Brown ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of heroin, in violation of 21 U.S.C. § 841(a)(1).

Date: 08/02/2018

A TRUE COPY
August 02, 2018
*Lynda Hiltz*
Deputy Clerk
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Honorable Richard L. Bourgeois, Jr., Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Robert Brown
Known aliases:
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 1993
Social Security number: 5969
Height:                                                    Weight:
Sex: Male                                                  Race: Black
Hair:                                                      Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation, 18134 E. Petroleum Dr., Baton Rouge, LA 70809

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: